UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daina Maire DuBois, f/k/a,
Daina Maire Hewlett and
Dean Roger DuBois,
On Behalf Of Themselves and
All Others Similarly Situated,

Civ. File No. 00-1446 (PAM/SRN)
Bankr. File No. 96-314116 (GFK)

Plaintiff,

v.

**MEMORANDUM AND ORDER**

Ford Motor Credit Company,

Defendant.

---

This matter is before the Court on Plaintiffs' Motion to Refer Bankruptcy Matters to the Bankruptcy Court for the District of Minnesota. In the underlying complaint, Plaintiffs, on behalf of themselves and all others similarly situated, allege that Defendant attempted to collect money from consumers in violation of the Bankruptcy Code, 11 U.S.C. § 101 et seq. and the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. 1692 et seq. Defendant opposes Plaintiffs' motion on several grounds.

District courts have original jurisdiction over "all civil proceedings arising under title 11, or arising in or related to cases under title 11." 28 U.S.C. § 1334. Pursuant to 28 U.S.C. § 157(a), district courts have the discretion to refer bankruptcy cases to bankruptcy courts. See 28 U.S.C. § 157(a); see also In re Parklane/Atlanta Joint Venture, 927 F.2d 532, 538 (11th Cir. 1991) (noting that district courts have original jurisdiction over title 11

FILED SEP 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

proceedings and referral is discretionary).

After careful consideration, this Court concludes that compelling reasons exist to deny referral of this matter. The Court is not convinced that Bankruptcy Judge Gregory F. Kishel is any more familiar with the particular facts and issues of this case than this Court, as he discharged Plaintiffs' debt and closed Plaintiffs' bankruptcy more than four years ago. Furthermore, this Court will hear the class certification issues, and Defendant has requested that any potential jury trial on the FDCPA claims be held in this Court. Therefore, in the interest of judicial economy, this Court denies Plaintiffs' motion.

Accordingly, **IT IS HEREBY ORDERED** that:

Plaintiffs' Motion To Refer Bankruptcy Matters To The Bankruptcy Court (Clerk Doc. No. 4) is **DENIED**.

Dated: September 12, 2000

Paul A. Magnuson
United States District Court Judge